ALFORD v. SHAW

No. 132PA85.

Case below: 72 N.C. App. 537.

Petition by All American Assurance Company for discretionary review under G.S. 7A-31 allowed 3 July 1985. Petition by several defendants for discretionary review under G.S. 7A-31 allowed 3 July 1985.

BOSTON v. WEBB

No. 183P85.

Case below: 73 N.C. App. 457.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 July 1985.

BOYD v. WATTS

No. 218PA85.

Case below: 73 N.C. App. 566.

Petition by plaintiffs for discretionary review under G.S. 7A-31 allowed 3 July 1985.

BRIGGS v. ROSENTHAL

No. 271P85.

Case below: 73 N.C. App. 672.

Petition by plaintiffs for writ of certiorari to North Carolina Court of Appeals denied 3 July 1985.

DRUMMOND v. CORDELL

No. 196A85.

Case below: 73 N.C. App. 438.

Petition by defendant for discretionary review under G.S. 7A-31 denied as to additional issues 3 July 1985.